**FILED**
May 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
/s/ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | Case No. 2:07CR00208-EJG |
|           Plaintiff,                ) | |
| v.                                  ) | ORDER FOR RELEASE OF |
|                                     ) | PERSON IN CUSTODY |
| EUGENE DYAL,                        ) | |
|                                     ) | |
|           Defendant.                ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  EUGENE DYAL , Case No.  2:07CR00208-EJG  , Charge  18USC § 2252(a)(4)(B), 2255(a)(2) & 2253  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___ Release on Personal Recognizance

  ___ Bail Posted in the Sum of $_____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 22, 2007  at  2:00 pm  .

      By  /s/ Gregory G. Hollows
        Gregory G. Hollows
        United States Magistrate Judge