1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

7           IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) CR.S. 07-208-EJG
                                )
11              Plaintiff,      ) STIPULATION AND ORDER
                                ) TO EXTEND TIME FOR STATUS
12     v.                       ) CONFERENCE AND EXCLUDE TIME
                                )
13 EUGENE DYAL,                 ) DATE: September 21, 2007
                                ) Time: 10:00 a.m.
14              Defendant.      ) Judge: Edward J. Garcia
   _____)

        Defendant EUGENE DYAL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, CAROLYN DELANEY, Assistant United States Attorney, hereby stipulate that the status conference set for August 3, 2007 be rescheduled for Friday, September 21, 2007 at 10:00 a.m.

        This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

        Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 21, 2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable

1

time to prepare] (Local Code T4).

DATED: July 31, 2007

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Dennis S. Waks
                                  Supervising Assist. Fed.
                                  Defender
                                  For EUGENE DYAL

DATED:  July 31, 2007                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/  Dennis S. Waks for
                                  CAROLYN DELANEY
                                  Assistant U.S. Attorney

**SO ORDERED.**

Dated: <u>July 31</u>,  2007

                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Court Judge