```
DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>EUGENE DYAL,<br><br>             Defendant.<br>_____ | CR.S. 07-208-EJG<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME FOR STATUS<br>CONFERENCE AND EXCLUDE TIME<br><br>DATE: November 30, 2007<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

   Defendant EUGENE DYAL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, CAROLYN DELANEY, Assistant United States Attorney, hereby stipulate that the status conference set for September 21, 2007 be rescheduled for Friday, November 30, 2007 at 10:00 a.m.

   This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Counsel for the defendant has received 500 pages of discovery and must go over this discovery with Mr. Dyal.  Furthermore, defense counsel will be attending a seminar on Friday, October 19, 2007 and will

be on vacation from Thursday, October 25, 2007 to Friday, November 9, 2007.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 30, 2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 14, 2007

>                             Respectfully Submitted,
>
>                             DANIEL J. BRODERICK
>                             Federal Defender
>
>                             /s/ Dennis S. Waks
>                             Supervising Assist. Fed.
>                             Defender
>                             For EUGENE DYAL

DATED: September 14, 2007        McGREGOR W. SCOTT
                                 United States Attorney

>                             /s/  Dennis S. Waks for
>                             CAROLYN DELANEY
>                             Assistant U.S. Attorney

**SO ORDERED.**

Dated: September 14, 2007

>                             /s/ Edward J. Garcia
>                             EDWARD J. GARCIA
>                             United States District Court Judge