DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 07-208-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| EUGENE DYAL, ) | DATE: January 18, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Edward J. Garcia |
| _____) | |

    Defendant EUGENE DYAL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, CAROLYN DELANEY, Assistant United States Attorney, hereby stipulate that the status conference set for November 30, 2007 be rescheduled for Friday, January 18, 2008 at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Counsel for the defendant has received 500 pages of discovery and must go over this discovery with Mr. Dyal.

    Speedy trial time is to be excluded from the date of this

1

order through the date of the status conference set for January 18, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 27, 2007

          Respectfully Submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Dennis S. Waks
          Supervising Assist. Fed. Defender
          For EUGENE DYAL

DATED:  November 27, 2007    McGREGOR W. SCOTT
          United States Attorney

          /s/  Dennis S. Waks for
          CAROLYN DELANEY
          Assistant U.S. Attorney

**SO ORDERED.**

Dated: November 27,  2007

          /s/ Edward J. Garcia
          EDWARD J. GARCIA
          United States District Court Judge