McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-0208 EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| EUGENE DYAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on January 30, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the guilty plea tendered by defendant Eugene Dyal where he agreed to forfeit to the United States the following property:

   a.   generic desktop computer and hard drive.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed

1

of according to law, including all right, title, and interest of Eugene Dyal.

    2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

    3.  The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED this <u>30th</u> day of APRIL, 2008.

          /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge